UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

S.O., INDIVIDUALLY AND ON BEHALF OF HER
MINOR SON, B.O.                                                                                          PLAINTIFF

V.                                                                        CIVIL ACTION NO. 3:17cv383-DPJ-FKB

HINDS COUNTY SCHOOL DISTRICT, ET AL.                                            DEFENDANTS

FINAL JUDGMENT

For the reasons given in the Order granting Defendants' Motion to Dismiss and Motion for Summary Judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendants and against Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and any remaining state-law claims against Defendant Lundy are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of August, 2019.

                                                    s/ *Daniel P. Jordan III*
                                                  CHIEF UNITED STATES DISTRICT JUDGE