# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-60650
_____

S. O., individually and on behalf of her minor son, B.O.,

    Plaintiff - Appellant

v.

HINDS COUNTY SCHOOL DISTRICT; PRINCIPAL BEN LUNDY, in his individual and official capacities; ASSISTANT PRINCIPAL TOMMY BRUMFIELD, in his individual and official capacities; ASSISTANT PRINCIPAL MICHELLE RAY, in her individual and official capacities,

    Defendants - Appellees

_____

Appeal from the United States District Court
for the Southern District of Mississippi
_____

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:

    Appellant has multiple motions pending before this court. IT IS ORDERED that all of Appellant's pending motions are DENIED.